BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-02272-GEB-KJN |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| 2005 TOYOTA 4-RUNNER TRUCK, | ) | |
| VIN: JTEBU14R750068701, | ) | |
| CALIFORNIA LICENSE: 5MGM397, | ) | |
| APPROXIMATELY $1,193.00 IN | ) | |
| U.S. CURRENCY, and | ) | |
| APPLE 16GB IPAD, | ) | |
| Defendants. | ) | |

    The United States of America, Plaintiff herein, applies for

an order of publication as follows:

    1.  Rule G(4) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions (hereafter

"Supplemental Rules") provides that the Plaintiff shall cause

public notice of the action to be given in a newspaper of general

circulation or on the official internet government forfeiture

site;

2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendant 2005 Toyota 4-Runner Truck, VIN: JTEBU14R750068701, California License: 5MGM397, Approximately $1,193.00 in U.S. Currency, and an Apple 16GB IPad, (hereafter "defendant property") was seized in the city of Stockton, in San Joaquin, California.  The United States Secret Service published notice on May 27, June 3, and June 10, 2011, in the *Wall Street Journal*.

4.  Plaintiff proposes that publication be made as follows:

    a.  One publication;

    b.  Thirty (30) consecutive days;

    c.  On the official internet government forfeiture site www.forfeiture.gov;

    d.  The publication is to include the following:

        (1)  The Court and case number of the action;

        (2)  The date of the seizure/posting;

        (3)  The identity and/or description of the property seized/posted;

        (4)  The name and address of the attorney for the Plaintiff;

        (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

Application and Order
for Publication

1    (6)   A statement that answers to the Complaint or
2 a motion under Rule 12 of the Federal Rules of Civil Procedure
3 ("Fed. R. Civ. P.") must be filed and served within 20 days after
4 the filing of the claims and, in the absence thereof, default may
5 be entered and condemnation ordered.

6 Dated:  8/26/11                    BENJAMIN B. WAGNER
                                   United States Attorney
7

8
                            By:   /s/ Kevin C. Khasigian
9                                 KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney
10

11

12                              **ORDER**

13        With one alteration, the foregoing is the order of the
14 Court. The sentence at Part 4(d)(6) is hereby amended to read,
15 pursuant to Rule G(5)(b): "A statement that answers to the
16 Complaint or a motion under Rule 12 of the Federal Rules of Civil
17 Procedure ("Fed. R. Civ. P.") must be filed and served within 21
18 days after the filing of the claims and, in the absence thereof,
19 default may be entered and condemnation ordered."

20        IT IS SO ORDERED.

21 Dated: August 29, 2011

22

23

24 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                              3            Application and Order
                                           for Publication