BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

AUG 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>2005 TOYOTA 4-RUNNER TRUCK,<br>VIN: JTEBU14R750068701,<br>CALIFORNIA LICENSE: 5MGM397,<br><br>APPROXIMATELY $1,193.00 IN<br>U.S. CURRENCY, and<br><br>APPLE 16GB IPAD,<br><br>             Defendants. | 2:11-CV-02272-GEB-KJN<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

   WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed on August 26, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant 2005 Toyota 4-Runner Truck, VIN: JTEBU14R750068701, California License: 5MGM397, defendant Approximately $1,193.00 in U.S. Currency, and defendant Apple 16GB IPad, (hereafter "defendant property") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(c) and 49 U.S.C. § 80303 for one or more violations of 18 U.S.C. § 471, 18 U.S.C. § 472, 18

1  U.S.C. § 473, and 49 U.S.C. § 80302;

2      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture In Rem and the affidavit of United States Secret Service Special Agent Kyle Haynes, there is probable cause to believe that the defendant property so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles In Rem exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles In Rem for the defendant property.

Dated: 8/29/11

_____
DALE A. DROZD
United States Magistrate Judge