```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02272-GEB-KJN |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| 2005 TOYOTA 4-RUNNER TRUCK, VIN: JTEBU14R750068701, CALIFORNIA LICENSE: 5MGM397, | |
| APPROXIMATELY $1,193.00 IN U.S. CURRENCY, and | |
| APPLE 16GB IPAD, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil forfeiture action against the above-captioned assets (hereafter "defendant properties") seized on March 14, 2011.

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on August 26, 2011, alleging that said defendant properties are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(c) and 49 U.S.C. § 80303.

3. On August 29, 2011, the Clerk issued a Warrant for Arrest for the defendant properties, and that warrant was duly executed on September 1, 2011.

4. Beginning on September 15, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on October 20, 2011.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Charles R. Marsellis
    b. Wendi Michelle Gomez

6. Claimant Wendi Michelle Gomez filed a claim alleging an interest in all of the defendant properties on September 19, 2011.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Charles R. Marsellis on October 13, 2011.  Pursuant to Local Rule 540, the United States requests that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Charles R. Marsellis without further notice.

Based on the above findings, and the files and records of this Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of

Forfeiture entered into by and between the parties to this action.

2.   Judgment is hereby entered against claimant Wendi Michelle Gomez and all other potential claimants who have not filed claims in this action.

3.   Upon entry of a Final Judgment of Forfeiture forfeiting the defendant 2005 Toyota 4-Runner Truck, VIN: JTEBU14R750068701, California License Plate: 5MGM397 ("defendant vehicle") to the United States herein, the U.S. Marshal Service shall sell the defendant vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  Claimant Wendi Michelle Gomez agrees to execute promptly any documents that may be required to complete the sale of the defendant vehicle.

4.   Upon the sale of the defendant vehicle, the net sale proceeds, less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be divided as follows:

    a.   To claimant Wendi Michelle Gomez: $500.00 of the net proceeds from the sale of the defendant vehicle.

    b.   To the United States of America: The remainder of the net sale proceeds.  All right, title, and interest in said funds shall be substituted for the defendant vehicle and forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(c) and 49 U.S.C. § 80303, to be disposed of according to law.

1    5.   Upon entry of a Final Judgment of Forfeiture herein,
2 but no later than 60 days thereafter, the following defendant
3 properties shall be returned to claimant Wendi Michelle Gomez:
4         a.   Approximately $1,193.00 in U.S. Currency; and
5         b.   Apple 16GB iPad.
6    6.   Plaintiff United States of America and its servants,
7 officers and employees are hereby released from any and all
8 liability arising out of or in any way connected with the
9 seizure, arrest, or forfeiture of the defendant properties.  This
10 is a full and final release applying to all unknown and
11 unanticipated injuries, and/or damages arising out of said
12 seizure, arrest, or forfeiture, as well as to those now known or
13 disclosed.  The parties to the stipulation waived the provisions
14 of California Civil Code § 1542.
15   7.   Pursuant to the stipulation of the parties, and the
16 allegations set forth in the Complaint filed on or about August
17 26, 2011, the Court finds that there was reasonable cause for the
18 seizure and arrest of the defendant properties, and for the
19 commencement and prosecution of this forfeiture action, and a
20 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
21 shall be entered accordingly.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8.  All parties are to bear their own costs and attorneys' fees.

Dated: November 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge